IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | Civil Action No. 11-1465 |
| ) | |
| v.   ) | Judge Cathy Bissoon |
| ) | |
| NEAL A. SANDERS and   ) | |
| LINDA SANDERS,   ) | |
| ) | |
| Defendants.   ) | |
| ) | |

## ORDER

Consistent with Defendants' Suggestion of Bankruptcy (Doc. 13), the Court has confirmed that Defendants have filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code.  See In re Sanders, Bankr. Pet. No. 12-20174 (Bankr. W.D. Pa.).  Pursuant to 11 U.S.C. § 362, the claims against Defendants are **STAYED**, and this case is **ADMINISTRATIVELY CLOSED**.  Lehman v. Revolution Portfolio L.L.C., 166 F.3d 389, 392 & n.3 (1st Cir. 1999) ("[w]e endorse the judicious use of administrative closings by district courts . . . . to await the lifting of the automatic stay imposed by the Bankruptcy Code"); accord Penn West Assocs., Inc. v. Cohen, 371 F.3d 118, 128 (3d Cir. 2004) (citing with approval rationale in Lehman).

**IT IS SO ORDERED.**

January 25, 2012                                                                s/Cathy Bissoon
                                                                                            Cathy Bissoon
                                                                                            United States District Judge

cc (via ECF email notification):

All Counsel of Record